Case Name:      LEWIS, JOSEPH A.
                LEWIS, ROSEANN L.
Case No:        07-72902

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: 2/20/09                    WILLIAM T. NEARY
                                  United States Trustee, Region 11


                        BY:    *Carole J. Ryczek*
                               CAROLE J. RYCZEK
                               Attorney for the U.S. Trustee