Case 07-72902    Doc 57    Filed 02/23/09    Entered 02/26/09 02:00:48    Desc Imaged
                           Certificate of Service    Page 1 of 4
Case 07-72902    Doc 52-1    Filed 02/20/09    Entered 02/20/09 08:29:24    Desc Notice
                             of Hearing    Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN

| | |
|---|---|
| IN RE:<br>LEWIS, JOSEPH A.<br>LEWIS, ROSEANN L<br><br>ANDERSEN, ROSEANN L.<br>Debtor(s)<br><br>Social Security/Employer Tax ID Number: xxx-xx-1924 | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-72902 MB<br><br>HONORABLE MANUEL BARBOSA |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 220
          Rockford, IL 61101

    on:   **MARCH 23, 2009**
    at:   **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | | 65.34 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | 2,837.50 | |
| BERNARD J. NATALE<br>Trustee | $ 0.00 | 2,006.85 | |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD<br>Trustee's Accountant | $ 0.00 | 448.50 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $         12,568.48

    b. Disbursements                         $              0.00

    c. Net Cash Available for Distribution   $         12,568.48

Case 07-72902    Doc 57    Filed 02/23/09    Entered 02/26/09 02:00:48    Desc Imaged
                 Certificate of Service    Page 2 of 4
Case 07-72902    Doc 52-1    Filed 02/20/09    Entered 02/20/09 08:29:24    Desc  Notice
                             of Hearing    Page 2 of 2

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $260.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $6,950.29, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $37,639.89, resulting in an approximate distribution of 18.47% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE:  February 17, 2009                    For the Court,

                                            By: /s/ BERNARD J NATALE

                                                Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith                Page 1 of 2                   Date Rcvd: Feb 23, 2009
Case: 07-72902                Form ID: pdf002               Total Served: 39


The following entities were served by first class mail on Feb 25, 2009.
db/jdb        +Joseph A. Lewis,   Roseann L Lewis,   915 N. Hale Street,   Marengo, IL 60152-2344
11779349       American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
11779350      +American Express,   507 Prudential Road,   Horsham, PA 19044-2308
11810745       American Express Bank FSB,   POB 3001,   Malvern PA 19355-0701
12431242       American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11810746       American Express Centurin bank,   POB 3001,   Malvern PA 19355-0701
12431241       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11779354      +Beneficial,   P.O. Box 1547,   Chesapeake, VA 23327-1547
11779355       Beneficial Finance,   6300A Northwest Highway,   Crystal Lake, IL 60014
11779356      +Capital One,   PO Box 5155,   Norcross, GA 30091-5155
11779357       Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11779362      +Capital One,   c/o Firstsource,   6341 Inducon Drive East,   Sanborn, NY 14132-9016
11779365      +Castle Bank,   677 E. Grant Highway,   Marengo, IL 60152-3431
12342798      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
11779366       Exxon Mobile,   P.O. Box 688940,   Des Moines, IA 50368-8940
11779367       Exxon Mobile/Citicards,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
11779368      +Family Dentistry of Woodstock,   142 Washington Street,   Woodstock, IL 60098-3355
11779369       Farm & Fleet,   c/o Associated Recovery Systems,   P.O. Box 469046,   Escondido, CA 92046-9046
11779370       Farm and Fleet,   Dept CCS 911,4740 121 Street,   Urbandale, IA 50323
11779372       HSBC,   P.O. Box 129,   Thorofare, NJ 08086-0129
11779373       HSBC,   c/o ARM,   P.O. Box 129,   Thorofare, NJ 08086-0129
12510189       HSBC Bank Nevada and its Assigns,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
                Newark NJ 07193-5480
11779371      +Home Depot,   P.O. Box 689100,   Des Moines, IA 50368-9100
12519119       Household Finance Corporation Beneficial,   by eCAST Settlement Corporation,   as its agent,
                POB 35480,   Newark NJ 07193-5480
11779375       Sears,   P.O. Box 6924,   The Lakes, NV 88901-6924
11779376      +Sears,   PO Box 182149,   Columbus, OH 43218-2149
11779377       Shell Card Center,   P.O. Box 689151,   Des Moines, IA 50368-9151
11779378      +Tanveer Ahmad, MD, P.C.,   P.O. Box 1527,   Woodstock, IL 60098-1527
11779379       Target National Bank,   P.O. Box 1581,   Minneapolis, MN 55440-1581
11779383       Woodstock Imaging,   c/o OSI Collection Services,   1375 East Woodfield Road Suite 110,
                Brookfield, WI 53008-0959
11779382      +Woodstock Imaging,   520 E. 22nd Street,   Lombard, IL 60148-6110

The following entities were served by electronic transmission on Feb 23, 2009.
12466443      +Fax: 815-968-4665 Feb 23 2009 23:39:01     American General Finance,   211 ELM STREET,
                ROCKFORD, IL 61101-1264
11779351       Fax: 800-586-2381 Feb 23 2009 23:23:50     American General Finance,   P.O. Box 790368,
                Saint Louis, MO 63179-0368
12691522      +E-mail/PDF: rmscedi@recoverycorp.com Feb 23 2009 23:42:30     Capital Recovery II,
                25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12290226      +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2009 23:42:19     GE Money Bank / Walmart,
                Recovery Management Systems Corporation,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11779374      +E-mail/PDF: cr-bankruptcy@kohls.com Feb 23 2009 23:42:17     Kohl's,   P.O. Box 3043,
                Milwaukee, WI 53201-3043
12361368       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12691524       E-mail/PDF: rmscedi@recoverycorp.com Feb 23 2009 23:42:31
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
11779381       E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2009 23:42:27     Walmart,   P.O. Box 981064,
                El Paso, TX 79998-1064
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11779352*      American General Finance,   P.O. Box 790368,   Saint Louis, MO 63179-0368
11779353*      American General Finance,   P.O. Box 790368,   Saint Louis, MO 63179-0368
11779359*     +Capital One,   PO Box 5155,   Norcross, GA 30091-5155
11779360*     +Capital One,   PO Box 5155,   Norcross, GA 30091-5155
11779364*     +Capital One,   PO Box 5155,   Norcross, GA 30091-5155
11779358*      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11779361*      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11779363*      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
12510215*      HSBC Bank Nevada and its Assigns,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
                Newark NJ 07193-5480
11779380*      Target National Bank,   P.O. Box 1581,   Minneapolis, MN 55440-1581
                                                                                              TOTALS: 0, * 10

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2              Date Rcvd: Feb 23, 2009
Case: 07-72902                Form ID: pdf002          Total Served: 39

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2009**              **Signature:**    _Joseph Speetjens_