# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: LEWIS, JOSEPH A. § Case No. 07-72902
      LEWIS, ROSEANN L §
§
Debtor(s) ANDERSEN, ROSEANN L §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $217,205.00            Assets Exempt: $21,505.00

Total Distribution to Claimants: $6,951.35     Claims Discharged
                                                        Without Payment: $-38,921.54

Total Expenses of Administration: $5,618.19

---

    3) Total gross receipts of $   12,569.54  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2** ), yielded net receipts of $12,569.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $184,400.00 | $17,608.32 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,618.19 | 5,618.19 | 5,618.19 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,233.00 | 39,479.02 | 37,639.89 | 6,951.35 |
| **TOTAL DISBURSEMENTS** | $192,633.00 | $62,705.53 | $43,258.08 | $12,569.54 |

4) This case was originally filed under Chapter 7 on November 29, 2007. . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2009            By: /s/BERNARD J. NATALE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Annuity Proceeds from Mother's Estate | 1229-000 | 12,554.07 |
| Interest Income | 1270-000 | 15.47 |
| **TOTAL GROSS RECEIPTS** | | **$12,569.54** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Castle Bank | 4110-000 | N/A | 4,983.32 | 0.00 | 0.00 |
| Castle Bank | 4210-000 | N/A | 12,625.00 | 0.00 | 0.00 |
| American General Finance | 4110-000 | 15,000.00 | N/A | 0.00 | 0.00 |
| American General Finance | 4210-000 | 8,400.00 | N/A | 0.00 | 0.00 |
| Beneficial | 4110-000 | 161,000.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$184,400.00** | **$17,608.32** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 65.34 | 65.34 | 65.34 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,837.50 | 2,837.50 | 2,837.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,006.85 | 2,006.85 | 2,006.85 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD | 3410-000 | N/A | 448.50 | 448.50 | 448.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,618.19 | $5,618.19 | $5,618.19 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital Recovery II | 7100-000 | N/A | 243.88 | 243.88 | 45.04 |
| Chase Bank USA,N.A | 7100-000 | N/A | 493.75 | 493.75 | 91.19 |
| LVNV Funding LLC as assignee of Citibank | 7100-000 | N/A | 1,897.19 | 1,897.19 | 350.37 |
| LVNV Funding LLC as assignee of Citibank | 7100-000 | N/A | 1,169.04 | 1,169.04 | 215.90 |
| LVNV Funding LLC as assignee of Citibank | 7100-000 | N/A | 836.33 | 836.33 | 154.45 |
| LVNV Funding LLC as assignee of  Citibank | 7100-000 | N/A | 435.77 | 435.77 | 80.48 |
| American Express Centurion Bank | 7100-000 | N/A | 2,424.45 | 2,424.45 | 447.75 |
| American Express Bank FSB | 7100-000 | N/A | 1,948.69 | 1,948.69 | 359.88 |
| American General Finance | 7100-000 | N/A | 2,925.27 | 2,925.27 | 540.24 |
| HSBC Bank Nevada & its Assigns by eCast as its agent | 7100-000 | N/A | 1,839.13 | 1,839.13 | 339.65 |
| HSBC Bank Nevada and its Assigns | 7100-000 | N/A | 1,839.13 | 0.00 | 0.00 |
| Household Finance Corp/Beneficial by agent eCast | 7100-000 | N/A | 23,426.39 | 23,426.39 | 4,326.40 |
| Capital One | 7100-000 | 1,130.00 | N/A | 0.00 | 0.00 |
| Captial One | 7100-000 | 500.00 | N/A | 0.00 | 0.00 |
| Capital One | 7100-000 | 500.00 | N/A | 0.00 | 0.00 |
| Capital ONe | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Capital One | 7100-000 | 950.00 | N/A | 0.00 | 0.00 |
| Exxon Mobil | 7100-000 | 670.00 | N/A | 0.00 | 0.00 |
| Family Dentistry of Woodstock | 7100-000 | 220.00 | N/A | 0.00 | 0.00 |
| Sears | 7100-000 | 1,900.00 | N/A | 0.00 | 0.00 |
| Shell Card Center | 7100-000 | 400.00 | N/A | 0.00 | 0.00 |
| Tanveer Ahmad MD PC | 7100-000 | 448.00 | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Target National Bank | 7100-000 | 125.00 | N/A | 0.00 | 0.00 |
| Target National Bank | 7100-000 | 270.00 | N/A | 0.00 | 0.00 |
| Woodstock Imaging | 7100-000 | 120.00 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $8,233.00 | $39,479.02 | $37,639.89 | $6,951.35 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-72902  
**Case Name:** LEWIS, JOSEPH A.  
LEWIS, ROSEANN L  
**Period Ending:** 06/15/09  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 11/29/07 (f)  
**§341(a) Meeting Date:** 01/10/08  
**Claims Bar Date:** 08/29/08  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | single family residence located at 915 N. Hale o | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash | 40.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking Harris Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking RVFCU | 20.00 | 0.00 | DA | 0.00 | FA |
| 5 | checking Castle Bank | 20.00 | 0.00 | DA | 0.00 | FA |
| 6 | savings RVFCU | 25.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1 bed, 2 dresers, 2 loveseats, 2 chairs, 1 tv, 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | collectibles with estimated retail value of $500 | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | video tapes, dvds, and cds with estimated retail | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | clothing with estimated retail value of $600.00 | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | jewelry with estimated retail value of $1600.00 | 800.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2 bicycles with estimated retail value of $150.0 | 50.00 | 0.00 | DA | 0.00 | FA |
| 13 | camping and fishing equipment with estimated ret | 75.00 | 0.00 | DA | 0.00 | FA |
| 14 | camera with estimated retail value of $50.00 | 25.00 | 0.00 | DA | 0.00 | FA |
| 15 | Life insurance with death benefit only. | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | IRA | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | retirement: IMRF | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | estimate of prorated tax refund | 500.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2005 Chevy Equinox subject to security interest | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2001 Olds Alero subject to security interest of | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1998 Pontiac Sunfire subject to security interes | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 22 | 1999 Chevy Silverado Pick Up Truck dealer value | 3,500.00 | 200.00 | DA | 0.00 | FA |
| 23 | 3 dogs | 125.00 | 0.00 | DA | 0.00 | FA |
| 24 | hand and power tools with estimated retail value | 300.00 | 0.00 | DA | 0.00 | FA |
| 25 | lawn mower with estimated retail value of $50.00 | 25.00 | 0.00 | DA | 0.00 | FA |
| 26 | Annuity Proceeds from Mother's Estate (u) | 12,554.07 | 12,554.07 | | 12,554.07 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15.47 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-72902  
**Case Name:** LEWIS, JOSEPH A.  
LEWIS, ROSEANN L  
**Period Ending:** 06/15/09

**Trustee:**   (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 11/29/07 (f)  
**§341(a) Meeting Date:** 01/10/08  
**Claims Bar Date:** 08/29/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Assets   Totals (Excluding unknown values) | $229,759.07 | $12,754.07 | | $12,569.54 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**      **Current Projected Date Of Final Report (TFR):**   February 17, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-72902  
**Case Name:** LEWIS, JOSEPH A.  
LEWIS, ROSEANN L  
**Taxpayer ID #:** 13-7604677  
**Period Ending:** 06/15/09

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****22-65 - Money Market Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/08 | {26} | PRUDENTIAL FINANCIAL | ANNUITY - COMPROMISE | 1229-000 | 12,554.07 | | 12,554.07 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 1.20 | | 12,555.27 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 2.55 | | 12,557.82 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 2.39 | | 12,560.21 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2400% | 1270-000 | 2.64 | | 12,562.85 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2000% | 1270-000 | 2.42 | | 12,565.27 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1300% | 1270-000 | 1.49 | | 12,566.76 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0600% | 1270-000 | 1.11 | | 12,567.87 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0600% | 1270-000 | 0.61 | | 12,568.48 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0600% | 1270-000 | 0.57 | | 12,569.05 |
| 03/24/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0600% | 1270-000 | 0.49 | | 12,569.54 |
| 03/24/09 | | To Account #********2266 | CLOSE ACCT FOR FINAL DISTRIBUTION | 9999-000 | | 12,569.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,569.54 | 12,569.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,569.54 | |
| | | | **Subtotal** | | 12,569.54 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,569.54** | **$0.00** | |

{} Asset reference(s)

Printed: 06/15/2009 06:02 PM     V.11.21

## FORM 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-72902  
**Case Name:** LEWIS, JOSEPH A.  
LEWIS, ROSEANN L  
**Taxpayer ID #:** 13-7604677  
**Period Ending:** 06/15/09

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****22-66 - Checking Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/09 | | From Account #********2265 | CLOSE ACCT FOR FINAL DISTRIBUTION | 9999-000 | 12,569.54 | | 12,569.54 |
| 03/25/09 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,006.85, Trustee Compensation; Reference: | 2100-000 | | 2,006.85 | 10,562.69 |
| 03/25/09 | 102 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: FEE TO RE-OPEN CASE | 2700-000 | | 260.00 | 10,302.69 |
| 03/25/09 | 103 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Dividend paid 100.00% on $448.50, Accountant for Trustee Fees (Other Firm); Reference: 324044 | 3410-000 | | 448.50 | 9,854.19 |
| 03/25/09 | 104 | Capital Recovery II | Distribution paid 18.46% on $243.88; Claim# 1; Filed: $243.88; Reference: 1967 | 7100-000 | | 45.04 | 9,809.15 |
| 03/25/09 | 105 | Chase Bank USA,N.A | Distribution paid 18.46% on $493.75; Claim# 3; Filed: $493.75; Reference: 6064   KOHLS | 7100-000 | | 91.19 | 9,717.96 |
| 03/25/09 | 106 | LVNV Funding LLC as assignee of Citibank | Distribution paid 18.46% on $435.77; Claim# 7; Filed: $435.77; Reference: 6693 | 7100-000 | | 80.48 | 9,637.48 |
| 03/25/09 | 107 | American Express Centurion Bank | Distribution paid 18.46% on $2,424.45; Claim# 8; Filed: $2,424.45; Reference: 1003 | 7100-000 | | 447.75 | 9,189.73 |
| 03/25/09 | 108 | American Express Bank FSB | Distribution paid 18.46% on $1,948.69; Claim# 9; Filed: $1,948.69; Reference: 1008 | 7100-000 | | 359.88 | 8,829.85 |
| 03/25/09 | 109 | American General Finance | Distribution paid 18.46% on $2,925.27; Claim# 10; Filed: $2,925.27; Reference: 8038 | 7100-000 | | 540.24 | 8,289.61 |
| 03/25/09 | 110 | HSBC Bank Nevada & its Assigns by eCast as its agent | Distribution paid 18.46% on $1,839.13; Claim# 11; Filed: $1,839.13; Reference: 9434 | 7100-000 | | 339.65 | 7,949.96 |
| 03/25/09 | 111 | Household Finance Corp/Beneficial by agent eCast | Distribution paid 18.46% on $23,426.39; Claim# 13; Filed: $23,426.39; Reference: 1871 | 7100-000 | | 4,326.40 | 3,623.56 |
| 03/25/09 | 112 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,902.84 | 720.72 |
| | | | Dividend paid 100.00%       2,837.50 on $2,837.50;  Claim# ATTY; Filed: $2,837.50 | 3110-000 | | | 720.72 |
| | | | Dividend paid 100.00%       65.34 on $65.34;  Claim# EXP; Filed: $65.34 | 3120-000 | | | 720.72 |
| 03/25/09 | 113 | LVNV Funding LLC as assignee of Citibank | Combined Check for Claims#4,5,6 | | | 720.72 | 0.00 |
| | | | Dividend paid 18.46%       350.37 on $1,897.19;  Claim# 4; Filed: $1,897.19; Reference: 4497 | 7100-000 | | | 0.00 |

Subtotals :   $12,569.54   $12,569.54

{} Asset reference(s)

Printed: 06/15/2009 06:02 PM   V.11.21

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| **Case Number:** | 07-72902 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | LEWIS, JOSEPH A. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | LEWIS, ROSEANN L | | **Account:** | ***-*****22-66 - Checking Account |
| **Taxpayer ID #:** | 13-7604677 | | **Blanket Bond:** | $552,000.00 (per case limit) |
| **Period Ending:** | 06/15/09 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 18.46% on $1,169.04; Claim# 5; Filed: $1,169.04; Reference: 1070 | 215.90 | 7100-000 | | | 0.00 |
| | | | Dividend paid 18.46% on $836.33; Claim# 6; Filed: $836.33; Reference: 9767 | 154.45 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 12,569.54 | 12,569.54 | $0.00 |
| | | | Less: Bank Transfers | | | 12,569.54 | 0.00 | |
| | | | **Subtotal** | | | 0.00 | 12,569.54 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$0.00** | **$12,569.54** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-72902
**Case Name:** LEWIS, JOSEPH A.
LEWIS, ROSEANN L
**Taxpayer ID #:** 13-7604677
**Period Ending:** 06/15/09

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****22-67 - Money Market Account
**Blanket Bond:** $552,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****22-65 | 12,569.54 | 0.00 | 0.00 |
| Checking # ***-*****22-66 | 0.00 | 12,569.54 | 0.00 |
| MMA # ***-*****22-67 | 0.00 | 0.00 | 0.00 |
| | $12,569.54 | $12,569.54 | $0.00 |